

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2015

No. 04-15-00251-CV

**IN RE HEB GROCERY COMPANY, LP**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Karen Angelini, Justice
                  Marialyn Barnard, Justice
                  Luz Elena D. Chapa, Justice

On April 27, 2015, relator filed a petition for writ of mandamus with a motion for emergency temporary stay. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition in this court no later than May 20, 2015.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's motion for temporary relief is GRANTED. All discovery deadlines imposed upon relator under the present docket control order and under the Texas Rules of Civil Procedure are temporarily stayed pending final resolution of the mandamus petition filed in this court.

It is so **ORDERED** on April 29, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2013-CI-08676, styled *Patricia Rani Spaulding v. HEB, Inc., HEB Grocery Company, LP; HEBCO GP, LLC and HEBCO Partners, Ltd.*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Martha Tanner presiding.